AO 44 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Elaine Chao, Secretary of Labor,
U.S. Department of Labor,
V.

David J. Howe, Landscape Design, Inc.
and Landscape Design, Inc. Profit
Sharing Plan

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 CV 12140 MEL

TO: (Name and address of Defendant)
David J. Howe
8 Reeves Street
Sudbury, Massachusetts 01776-2114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Gregory A. Splagounias
Office of the Regional Solicitor
JFK Federal Building - Room E-375
Boston, Massachusetts 02203

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  OCT 12 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/15/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Barbara Stacy Smith | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  By leaving at his last known and usual place of abode., to wit: 28 Reeves Street, in said Sudbury, MA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/15/04
              Date

*Signature of Server*

Barbara Stacy Smith, Constable and
Disinterested Person
47 Harvard Street, Worcester, MA 01609
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.