UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,
v.

DAVID J. HOWE,
LANDSCAPE DEISGN, INC., and
LANDSCAPE DESIGN, INC. PROFIT SHARING
PLAN,

Defendants

CIVIL ACTION NO. 04-1214 MEL

## APPLICATION FOR ENTRY OF DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of the Defendants in this action for failure of said Defendants to

plead or otherwise defend, as required by law.

Howard M. Radzely
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA  02203
TEL:(617)565-2500
FAX:(617)565-2142

Ivelisse Berio LeBeau
Attorney

U.S. Department of Labor
Attorneys for Plaintiff

Date: _____