UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

........................................................................

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

                 Plaintiff,
              v.

DAVID J. HOWE,
LANDSCAPE DEISGN, INC., and
LANDSCAPE DESIGN, INC. PROFIT
SHARING PLAN,
              Defendants

........................................................................

CIVIL ACTION NO. 04-12140MEL

### AFFIDAVIT FOR ENTRY OF DEFAULT

I, Ivelisse Berio LeBeau, do hereby declare as follows:

1. I am one of Plaintiff's attorneys of record in the above-captioned action.

2. The Complaint and Summons in this case were served on the Defendants on February 2, 2005. Service was made personally on defendant David J. Howe, as an individual, as President of Defendant Landscape Design, Inc., and as Trustee of Defendant Landscape Design, Inc. Profit Sharing Plan, by Steve Kalil, Constable and Disinterested Person.

3. The Proofs of Service of Complaint and Summons with Affidavits were filed with this Court on February 7, 2005. Copies of the Returns of Service are attached hereto as Exhibit A.

4. The time within which the Defendants may answer or otherwise plead as to the Complaint has expired and has not been further extended.

5.  Defendant David J. Howe is not within the classification of infant, incompetent, or in the military service of the United States.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2005.


_____
Ivelisse Berio LeBeau
Attorney
U.S. Department of Labor
Office of the Solicitor

# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

COPY

FILED
IN CLERKS OFFICE

ELAINE CHAO, Secretary of Labor,
U.S. Department of Labor

        V.

David J. Howe, Landscape Design, Inc.
and Lanscape Design, Inc. Profit Sharing
Plan

**SUMMONS IN A CIVIL ACTION**

U.S. DISTRICT COURT
DISTRICT OF MASS.

**CASE NUMBER:**

## 04 - 12140 MEL

TO: (Name and address of Defendant)

David J. Howe
12 Stewart Street
Sudbury, Massachusetts  01776

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Ivelisse Berio Lebeau
Office of the Regional Solicitor
JFK Federal Building - Room E-375
Boston, Massachusetts  02203

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    OCT 12 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | February 2nd, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Steve Kalil | Constable and Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 22 Union Avenue, Ste. 9, in said Sudbury, Massachusetts.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00*** | $35.00*** | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 2nd, 2005
        Date

_Signature of Server_

Steve Kalil, Constable and Disinterested Person

47 Harvard Street, Worcester, MA 01609
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of ___ Massachusetts

FILED CLERKS OFFICE

COPY

ELAINE CHAO, Secretary of Labor,
U.S. Department of Labor

V.

David J. Howe, Landscape Design, Inc.
and Lanscape Design, Inc. Profit Sharing
Plan

**SUMMONS IN A CIVIL ACTION**

2005 FEB -7 P 2: 2!

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

# 04 - 12140 MEL

TO: (Name and address of Defendant)

Landscape Design, Incorporated
c/o David J. Howe
12 Stewart Street
Sudbury, Massachusetts  01776

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Ivelisse Berio Lebeau
Office of the Regional Solicitor
JFK Federal Building - Room E-375
Boston, Massachusetts  02203

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

____ 1 2 2005

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 2nd, 2005 |
| NAME OF SERVER *(PRINT)* <br> Steve Kalil | TITLE <br> Constable and Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 22 Union Avenue, Ste. 9, in said Sudbury, Massachusetts.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00*** | $35.00*** | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 2nd, 2005         _____
          Date               *Signature of Server*
          Steve Kalil, Constable and Disinterested Person

          47 Harvard Street, Worcester, MA 01609
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of     Massachusetts

COPY

ELAINE CHAO, Secretary of Labor,
U.S. Department of Labor
                    V.
David J. Howe, Landscape Design, Inc.
and Lanscape Design, Inc. Profit Sharing
Plan

FILED
IN CLERKS OFFICE

**SUMMONS IN A CIVIL ACTION**

2005 FEB - 7 P 2:21

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

# 04 - 12140 MEL

TO: (Name and address of Defendant)

Landscape Design, Incorporated
Profit Sharing Plan
c/o David J. Howe
12 Stewart Street
Sudbury, Massachusetts  01776

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Ivelisse Berio Lebeau
Office of the Regional Solicitor
JFK Federal Building - Room E-375
Boston, Massachusetts  02203

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

JCT 1 2 2004

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | February 2nd, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Steve Kalil | Constable and Disinterested Person |

Check one box below to indicate appropriate method of service

☒  Served personally upon the defendant. Place where served: 22 Union Avenue, Ste. 9, in said Sudbury, Massachusetts.

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00*** | $35.00*** | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 2nd, 2005
           Date

Signature of Server

Steve Kalil, Constable and Disinterested Person

47 Harvard Street, Worcester, MA 01609
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.