UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

        Plaintiff,
     v.

DAVID J. HOWE,
LANDSCAPE DEISGN, INC., and
LANDSCAPE DESIGN, INC. PROFIT
SHARING PLAN,
        Defendants

CIVIL ACTION NO. 04-12140-MEL

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing APPLICATION FOR ENTRY OF DEFAULT, AFFIDAVIT FOR ENTRY OF DEFAULT and proposed ENTRY OF DEFAULT on the persons listed below, by First Class Mail, postage pre-paid, this ____ day of _____, 2005:

    David J. Howe
    12 Stuart Street
    Sudbury, MA  01776

    Landscape Design, Inc.
    c/o David J. Howe, President
    22 Union Avenue
    Suite 9
    Sudbury, MA  01776

    Landscape Design, Inc. Profit Sharing Plan
    c/o David J. Howe, Trustee
    22 Union Avenue
    Suite 9
    Sudbury, MA  01776

                                _____
                                Ivelisse Berio LeBeau