UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

              Plaintiff,
        v.

DAVID J. HOWE,
LANDSCAPE DEISGN, INC., and
LANDSCAPE DESIGN, INC. PROFIT
SHARING PLAN,
              Defendants

CIVIL ACTION NO. 04-1214 MEL

## ENTRY OF DEFAULT

IT APPEARING that the Defendants are in default for failure to plead or otherwise defend in this action, as required by law; now, therefore, on application of Plaintiff, Secretary of Labor, United States Department of Labor, acting through her attorneys of record,

DEFAULT IS HEREBY ENTERED as against Defendants this 12th day of April 2005.

_____
Clerk, United States District Court